UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-CV-61275-COOKE

MOUNT HAWLEY INSURANCE COMPANY,
a Foreign Corp.,

       *Plaintiff*,

v.

DANIA DISTRIBUTION CENTRE LTD.
Et al.,

       *Defendants*.
_____/

## AFFIDAVIT OF DR. RICHARD LIPSEY

State of Florida       )

County of Duval       )

    BEFORE ME, the undersigned authority, personally appeared Richard Lipsey, Ph.D., and, after being duly sworn, deposes and says as follows:

1. My name is Dr. Richard Lipsey and I am a toxicologist in the State of Florida.

2. I am qualified to testify by the Courts in Florida as a Toxicologist.

3. I have never been disqualified in any case where I have appeared at a Frye or Daubert hearing to defend my credentials. I have been testifying successfully in federal and state courts nationwide since 1976.

4. Below is a list of cases where I was not allowed to testify as well as the reasons why I did not testify:

    a. <u>Hatton v. CSX Transportation (Tennessee)</u>: RAILROAD CHEMICALS - I did not appear at trial, but the plaintiff's attorney tried to use my discovery deposition at trial and the judge said "I will not allow his testimony......" However, I was not there and the judge said that therefore, I could not be cross examined by the defense.

    b. <u>Versluis v. Gulf Coast Transit, et al.: (Louisiana)</u>: PESTICIDE FUMIGATION - I was not there, but at a hearing the judge said that because I did not give scientific articles to the defense, he would not allow me to testify. No one ever asked me for any scientific articles.

    c. <u>Berry v. CSX Transportation (Jacksonville, FL)</u>: RAILROAD SOLVENTS - At trial, I

*Mount Hawley Ins. Co. v. Dania Distribution Center, Ltd., et al.*
Case No. 09-61275-CIV-COOKE

Page 2 of 2

was prepared to discuss solvent exposure and brain damage, but the plaintiff died of pancreatic cancer and the judge told me to step down. I am not a pancreatic cancer expert.

FURTHER AFFIANT SAYETH NAUGHT

_____
Richard Lipsey, Ph.D.

STATE OF FLORIDA

COUNTY OF Duval

BEFORE ME, the undersigned authority, personally appeared Dr. Richard Lipsey, being duly sworn, deposes and says that the foregoing Affidavit is true and correct.

SWORN AND SUBSCRIBED before me this 27 day of Sept, 2010.

_____
NOTARY PUBLIC
My Commission Expires:

CECILIA BRYANT
MY COMMISSION # DD 391294
EXPIRES: October 22, 2008
Bonded Thru Budget Notary Services

☑ Personally known OR
☐ Produced identification

Type of identification produced: _____